UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT CODY, ET AL**                    **CIVIL ACTION**

**VERSUS**                                **NUMBER 08-240-JJB-DLD**

**CAROLINA CASUALTY**
**INSURANCE COMPANY, ET AL**

and

**ROBERT CODY, ET AL**                    **CIVIL ACTION**

**VERSUS**                                **NUMBER 08-264-JJB-DLD**

**CAROLINA CASUALTY**
**INSURANCE COMPANY, ET AL**

## MAGISTRATE JUDGE'S REPORT

Before the Court is plaintiffs' motion for leave to file third supplemental and amended complaint (rec. doc. 12) in 08-240-JJB, to which there is no opposition. This consolidated action involves two suits for damages arising out of an eight vehicle collision that occurred in West Baton Rouge Parish, Louisiana, on or about, October 26, 2007. The first suit, 08-240-JJB, was filed in the 18th Judicial District Court, Parish of West Baton Rouge, and then removed on April 23, 2008, by defendants based on diversity jurisdiction, pursuant to 28 U.S.C. §1332. The second suit, 08-264-JJB, was originally filed in the Eastern District of Louisiana on January 9, 2008, and transferred to the Middle District of Louisiana on May 1, 2008. The two suits were consolidated on November 10, 2008, into 08-240-JJB (08-264-JJB, rec. doc. 52).

The jurisdiction of the parties as alleged in the notice of removal in 08-240-JJB is as follows: plaintiffs are citizens of Louisiana; Carolina Casualty Insurance Company is incorporated in North Carolina and has its principal place of business in Florida; Great West

Casualty Insurance Company is both incorporated in and has its principal place of business in Nebraska; State Farm Mutual Automobile Insurance Company is both incorporated in and has its principal place of business in Illinois; and Melanie Gutierrez[1] and Christopher Wilson are both domiciled in Texas (rec. doc. 1).  Based on subsequent discovery in the case, plaintiffs filed the unopposed third supplemental and amended complaint, which adds Allstate Insurance Co., Safeway Insurance Company of Louisiana, and non-diverse defendant, Mary E. Poirier, only in 08-240-JJB.[2]  The third supplemental and amended complaint alleges that Mary Poirier is a citizen of Louisiana.  The joinder of the non-diverse defendant Mary E. Poirier destroys diversity in 08-240-JJB.  Under Fifth Circuit precedent, the post-removal joinder of a non-diverse defendant clearly destroys diversity jurisdiction, even if the new defendant is not indispensable.  *See, e.g., Cobb v. Delta Exports, Inc.*, 186 F.3d 675, 677 (5th Cir. 1999).  The court in *Cobb* recognized that plain language of 28 U.S.C. §1447(e) does not allow the district court to permit joinder of a non-diverse defendant but then decline to remand the case to state court. *Cobb*, 186 F.3d 677. Thus, the Court recommends that this matter be remanded to the 18th Judicial District Court, Parish of West Baton Rouge, for further proceedings. Accordingly,

**IT IS RECOMMENDED** that plaintiffs' motion for leave to file third supplemental and amended complaint (rec. doc. 12) should be **GRANTED;**

---

[1] The petition for damages contains an allegation against "Juan Gutierrez d/b/a GTZ Trucking, a Texas corporation with its principal place of business in Mission, Texas" (rec. doc. 1-3).

[2] Plaintiffs filed a motion for leave to file second supplemental and amending complaint seeking to add Allstate Insurance Company only in 08-264-JJB (rec. doc. 49).  The motion for leave was denied due to plaintiffs failure to properly allege Allstate's citizenship in the amended complaint (rec. doc. 50).

**IT IS FURTHER RECOMMENDED** that 08-240-JJB should be **REMANDED** to the 18th Judicial District Court, Parish of West Baton Rouge for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on November 7, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT CODY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 08-240-JJB-DLD** |
| **CAROLINA CASUALTY INSURANCE COMPANY, ET AL** | |

**and**

| | |
|---|---|
| **ROBERT CODY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 08-264-JJB-DLD** |
| **CAROLINA CASUALTY INSURANCE COMPANY, ET AL** | |

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on November 7, 2008.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**