UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ROBERT CODY, ET AL.

VERSUS

CAROLINA CASUALTY
INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 08-240-JJB-DLD

AND

ROBERT CODY, ET AL.

VERSUS

CAROLINA CASUALTY
INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 08-264-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 7, 2008 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, plaintiffs' motion for leave to file third supplemental and amended complaint (doc. no. 12) is GRANTED.  Further, 08-240-JJB is REMANDED to the 18th Judicial District Court, Parish of West Baton Rouge for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 23rd day of December, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

18th JDC-WBRP